JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| LEONOR SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 20, Inclusive,<br><br>　　　　　Defendants. | **CASE NO. 5:22-cv-02221**<br>**Honorable R. Gary Klausner**<br>Riverside Sup. Court<br>Case No.: CVRI2203419<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)  [25]**<br><br>**[Fed. R. Civ. P., Rule 16 & C.D. Cal. L.R. 16-1]**<br><br>Complaint Filed:　August 15, 2022<br>Trial Date:　　　　September 19, 2023 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Court hereby approves the Joint Stipulation of all Parties to Dismiss this action.  All dates are hereby vacated.  The Clerk shall close this action.

**IT IS SO ORDERED.**

DATED: 8/31/2023

_____
The Honorable R. Gary Klausner
U.S. District Judge

[PROPOSED] ORDER
1